IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CV-181-M-KS

| | |
|---|---|
| RONALD SATISH EMRIT, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES PATENT AND )<br>TRADEMARK OFFICE (USPTO), *et al.*, )<br>)<br>Defendants. ) | **MEMORANDUM &<br>RECOMMENDATION** |

This matter is before the court on its own motion. On April 8, 2025, Plaintiff initiated this action upon filing a complaint against Defendants. (Compl. [DE #1].) On April 15, 2025, an order was entered informing Plaintiff of certain deficiencies with his filings and directing him to cure the deficiencies by June 30, 2025. (Order [DE #3].) Plaintiff was warned that failure to cure the deficiencies may result in the action being dismissed without prejudice for failure to prosecute. (*Id.*) Plaintiff appealed the court's order, and the Fourth Circuit Court of Appeals dismissed Plaintiff's appeal as interlocutory on July 29, 2025. *Presidential Candidate No. P60005535 v. USPTO*, No. 25-1523, 2025 WL 2141307, at *1 (4th Cir. July 29, 2025).

Plaintiff has not complied with this court's order directing him to cure the deficiencies. Nor has he sought an extension of time within which to do so. Accordingly, it is RECOMMENDED that the action be DISMISSED WITHOUT PREJUDICE for failure to prosecute or to comply with the court's prior order.

IT IS DIRECTED that a copy of this Memorandum and Recommendation be served on Plaintiff. Plaintiff is hereby advised as follows:

You shall have until **October 9, 2025**, to file written objections to the Memorandum and Recommendation. The presiding district judge must conduct his or her own review (that is, make a de novo determination) of those portions of the Memorandum and Recommendation to which objection is properly made and may accept, reject, or modify the determinations in the Memorandum and Recommendation; receive further evidence; or return the matter to the magistrate judge with instructions. *See, e.g.,* 28 U.S.C. § 636(b)(l); Fed. R. Civ. P. 72(b)(3); Local Civ. R. 1.1 (permitting modification of deadlines specified in local rules), 72.4(b), E.D.N.C.

If you do not file written objections to the Memorandum and Recommendation by the foregoing deadline, you will be giving up the right to review of the Memorandum and Recommendation by the presiding district judge as described above, and the presiding district judge may enter an order or judgment based on the Memorandum and Recommendation without such review. In addition, your failure to file written objections by the foregoing deadline may bar you from appealing to the Court of Appeals from an order or judgment of the presiding district judge based on the Memorandum and Recommendation. *See Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985).

This 22nd day of September 2025.

_Kimberly A. Swank_
KIMBERLY A. SWANK
United States Magistrate Judge