IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00181-M-KS

RONALD SATISH EMRIT,

    Plaintiff,

v.

UNITED STATES PATENT and
TRADEMARK OFFICE (USPTO), *et al.*,

    Defendants.

ORDER

    This matter comes before the court on the Memorandum and Recommendation ("M&R") issued by United States Magistrate Judge Kimberly A. Swank [DE 12]. Judge Swank recommends that Plaintiff's complaint be dismissed without prejudice for failure to cure numerous identified filing deficiencies. *Id.* at 1; *see also* DE 3. The M&R, along with instructions and a deadline for filing objections, was served on the parties on September 23, 2025. *See id.* Neither party filed a timely objection.

    A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. *See Diamond*, 416 F.3d at 315. For the reasons stated therein, Plaintiff's complaint [DE 1] is DISMISSED WTIHOUT PREJUDICE. The Clerk of Court is directed to close this case.

SO ORDERED this 21st day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE