UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RONALD SATISH EMRIT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | **CASE NO. 5:25-CV-181-M** |
| UNITED STATES PATENT AND | ) | |
| TRADEMARK OFFICE, UNITED | ) | |
| STATES DEPARTMENT OF | ) | |
| COMMERCE, NASA GODDARD | ) | |
| SPACE FLIGHT CENTER, AMERICAN | ) | |
| INSTITUTE OF PHYSICS, KENNEDY | ) | |
| SPACE CENTER IN CAPE | ) | |
| CANAVERAL, FLORIDA, NATIONAL | ) | |
| SCIENCE FOUNDATION, | ) | |
| Defendants. | | |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. *See Diamond,* 416 F.3d at 315. For the reasons stated therein, Plaintiffs complaint [DE 1] is DISMISSED WTIHOUT PREJUDICE. The Clerk of Court is directed to close this case.

This Judgment filed and entered on October 21, 2025, and copies to:
Ronald Satish Emrit (via US Mail to 6655 38th Lane East, Sarasota, FL 34243)

October 21, 2025

Peter A. Moore, Jr.
Clerk of Court

By: _____
Deputy Clerk